denied. *Mr. Lazo Koleff, pro se. Mr. Boris Lazo Koleff, pro se. Solicitor General Biggs* and *Messrs. Harry S. Ridgely* and *W. Marvin Smith* for respondent.

No. 285. WIREN *v.* SHUBERT· THEATRE CORP. ET AL. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Mr. Oscar B. Wiren* for petitioner. *Messrs. Louis Phillips* and *Milton R. Weinberger* for respondents.

No. 287. SINGMASTER *v.* NEW JERSEY ZINC Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit denied. *Messrs. George P. Dike* and *Nelson Littell* for petitioner. *Mr. Burt D. Whedon* for respondent.

No. 290. CONNECTICUT GENERAL LIFE INSURANCE Co. *v.* MAHER. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Ninth Circuit denied. *Messrs. Samuel Knight, F. Eldred Boland,* and *John H. Riordan* for petitioner. *Mr. Wm. Samuel Graham* for respondent.

No. 291. HOGUE ET AL. *v.* STRICKER LAND & TIMBER Co. October 8, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Patrick H. Loughran, S. B. Laub, Allan Sholars,* and *L. T. Kennedy* for petitioners. *Messrs. A. K. Shipe* and *Charles Kerr* for respondent.